

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 14, 2021

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *United States v. George Leguen*, **21 Mag. 5863**

Dear Judge Krause,

       In light of the arrest of defendant George Leguen in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

SO ORDERED.

*[signature]*

_____
ANDREW E. KRAUSE
United States Magistrate Judge

June 14, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: */s/ Steven J. Kochevar*
    Steven J. Kochevar
    Assistant United States Attorney
    (914) 993-1928